IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PATTI K. THORNTON** | * | |
|        **PLAINTIFF** | * | CIVIL ACTION |
| **VS.** | * | |
| | * | NO. 07-530-JJB-DLD |
| **FIRST CREDIT SERVICES, INC.** | * | |
|        **DEFENDANT** | * | |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(i)

**NOW INTO COURT**, through undersigned counsel, comes Patti K. Thornton, plaintiff herein, who dismisses this matter pursuant to Rule 41(a)(1)(i), with prejudice.

BY ATTORNEY:

s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number:  20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number:  (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com